## Complaint – IRS-21-0447-F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GENA M. FERNANDES, Plaintiff,

v.

SCOTT BESSENT, Secretary of the U.S. Department of the Treasury,
in his official capacity, Defendant.

Civil Action No.: [To Be Assigned]

COMPLAINT

I, Gena M. Fernandes, bring this action pursuant to Title VII of the Civil Rights Act of 1964,
the Rehabilitation Act of 1973, the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq.,
and all applicable state and federal laws. I assert claims of disability discrimination, denial
of reasonable accommodation, retaliation for protected activity, failure to process OWCP
claims, and interference with EEOC access and leave rights, arising out of my employment
with the Internal Revenue Service.

This complaint is timely under 29 C.F.R. § 1614.407 due to the agency's failure to issue a
Final Agency Decision following the formal EEOC complaint filed on June 25, 2021 (EEOC
Case No. IRS-21-0447-F). The underlying facts are supported by the Report of Investigation
(ROI Volumes 1–2) and exhibits provided.

I respectfully request:
- Reinstatement of all leave and corrected personnel records;
- Compensatory damages for harm and distress caused by managerial misconduct;
- Back pay, attorney's fees (pro se rate), and all other relief deemed just and proper.

All facts are further detailed in my attached Affidavit of Facts and incorporated by reference
herein.

Executed this 17th day of June, 2025.

Gena M. Fernandes
179 Allyn Street, Apt. 402

Hartford, CT 06103
gmf1016@yahoo.com | Gena.M.Fernandes@irs.gov

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GENA M. FERNANDES, Plaintiff,

v.

SCOTT BESSENT, Secretary of the U.S. Department of the Treasury,

in his official capacity, Defendant.

Civil Action No.: [To Be Assigned]

AFFIDAVIT OF FACTS

I, GENA M. FERNANDES, declare under penalty of perjury under the laws of the

United States that the following is true and correct to the best of my knowledge,

information, and belief. This Affidavit is submitted in support of my Complaint and to

demonstrate the pattern of discrimination, retaliation, procedural obstruction, and harm I

endured while employed at the Internal Revenue Service.

1. In or around 2017, I began experiencing significant medical issues related to asthma

and orthopedic injuries, which I documented with my agency. I submitted OWCP Form

CA-7s as required.

2. In October 2017, I mailed CA-7 forms related to OWCP Claim #062398146 by USPS

Express Overnight and retained proof of delivery. [See Exhibit L; ROI Vol. 2, p. 275]

3. In 2019, I began receiving inconsistent responses from management regarding

processing of my forms and coordination of reasonable accommodations.

4. On or around 2021, I was involuntarily reassigned under Manager Yolanda Lias

without consultation, triggering adverse working conditions and restricted access to

resources.

5. Mike Green, the Union Chief Steward at the time, filed a grievance on my behalf

regarding a disputed performance appraisal, which was later escalated to arbitration.

6. In June 2021, I requested a Skype mid-year review due to asthma, but my request was

denied. [See ROI Vol. 2, p. 144]

7. In August 2021, Manager Yolanda Lias refused to scan my OWCP forms despite my

documented health status. [See ROI Vol. 2, pp. 275–280; Exhibit N]

8. I submitted multiple hardship and reasonable accommodation requests citing medical and mental health needs, which were delayed or ignored. [See Exhibit I; ROI Vol. 2]

9. In 2022, I was issued AWOL charges despite being on FMLA-approved leave and having medical documentation on file. [See Exhibit F]

10. My documented mental health impacts—including stress-induced psychiatric treatment and medication—were the direct result of agency obstruction. [See Sept. 14, 2022 email; Exhibit N]

11. On June 25, 2024, I was diagnosed with cancer. Despite providing documentation, I was denied proper telework and access needed to meet legal deadlines.

12. TIGTA complaints were submitted regarding managerial failure

13. In January 2023, I experienced retaliation from union leadership, including a steward barricading me at my desk and yelling, following the union's mishandling of my performance grievance. [See ROI Vol. 2; Exhibit G]

14. Despite cancer-related surgeries, chemotherapy, and psychiatric impacts, I continued to be denied hardship telework support and secure access to meet EEOC deadlines. [See Exhibits I, N]

15. On June 2, 2025, I was denied physical access to the IRS building and equipment necessary to print and file urgent court documents, despite prior approval requests. [See June 2, 2025 emails; Exhibit O]

16. Management repeatedly failed to process or correct my FMLA and OWCP leave records, harming my attendance and leave balance. [See Exhibit F; ROI Vol. 2, p. 275]

17. I submitted multiple legal fee request letters outlining time spent preparing filings while on medical leave without access to official systems. [See Exhibit K; see also IRS-21-0447 Court Docket]

18. The IRS failed to issue a Final Agency Decision (FAD) in EEOC Case No. 410-2024-00140X, violating procedural due process and delaying my federal claims. [See Jan. 23, 2025 email to IRS Counsel; Exhibit K]

19. Throughout 2024 and 2025, I was prescribed psychiatric medication due to stress and retaliation. These records are included in sealed exhibits. [See Exhibit N – to be filed under seal]

20. I respectfully request that the Court apply the continuing violation doctrine to evaluate the pattern of obstruction, harassment, and procedural harm that extended across multiple protected activities and cases.

/s/ Gena M. Fernandes

Gena M. Fernandes

Dated: June 16, 2025

## Filing ReadMe Summary – IRS-21-0447-F

This ZIP folder and binder contain the complete filing set for EEOC Case IRS-21-0447-F, prepared for submission to the U.S. District Court, District of Connecticut. All materials follow FRCP formatting and include:

- Federal Complaint
- Affidavit of Facts with ROI and Exhibit cross-references
- Exhibit Index A–O
- Redacted and Unredacted Exhibits
- Civil Cover Sheet (JS-44)
- Summons Form (AO 440)
- Motion for Attorney's Fees
- Motion to Seal Exhibits
- Filing Checklist and Binder Label Templates

All filings are date-stamped June 17, 2025, and submitted in good faith with supporting evidence, medical documentation, and agency correspondence. Filing was performed under protected EEOC activity as authorized by 29 C.F.R. § 1614.605.

Submitted by:
Gena M. Fernandes
Hartford, CT
June 17, 2025

## Exhibit Index – IRS-21-0447-F

- Exhibit A – ROI Volumes 1 & 2 – Full Report of Investigation
- Exhibit B – Administrative Case File – OFO Filings & Final Agency Action
- Exhibit C – Certified Medical Documentation & FOH Recommendations
- Exhibit D – Email to IRS Management re: Secure EEOC Transmission (07/25/2022)
- Exhibit E – OPM 71 Forms Submitted and Denied/Delayed (incl. Kevin Parker Signature)
- Exhibit F – AWOL Charges, SETR Evidence, and Retaliatory Notices
- Exhibit G – Union Misconduct & Failure to Represent, Steward Communications
- Exhibit H – TIGTA Complaint Confirmation & Allegations (Nov. 2022)
- Exhibit I – Hardship Telework Request History (Cancer/EEOC/Mental Health)
- Exhibit J – Form 13661 Signed by Kevin Parker Contradicting Prior Asthma Knowledge
- Exhibit K – Email Correspondence with IRS Counsel re: Delayed FAD (01/23/2025)
- Exhibit L – Proof of Delivery for CA-7 Forms (Oct. 19, 2017)
- Exhibit M – FEMA Disaster Recovery Project Denial (2021)
- Exhibit N – OWCP Claims Processing Delays and Emotional Impact (Aug. 5, 2021)
- Exhibit O – 2025 Management Retaliation and Threats (e.g., Tiffany Hailes Email)

## Affidavit of Facts – IRS-21-0447-F

I, Gena M. Fernandes, submit this sworn Affidavit of Facts in support of my complaint in EEOC Case No. IRS-21-0447-F and federal complaint to be filed in the U.S. District Court for the District of Connecticut.

This affidavit contains facts demonstrating the following:
- Repeated delays and denials of my OWCP claims, in violation of IRM 6.800.1.2 and 6.800.1.4, by management including Yolanda Lias and Grace McKenzie;
- Refusal to submit CA-7 and CA-7A forms despite multiple follow-ups and provision of documentation (see Exhibit N and ROI Vol. 2, pp. 217–230);
- Retaliatory denial of reasonable accommodations and hardship requests tied to my cancer, asthma, and psychiatric distress—all workplace induced (see Exhibits C, I, and ROI Vol. 2);
- Denial of access to EEOC preparation tools, leave, or computer systems despite my protected status under FMLA, Section 501 of the Rehabilitation Act, and 29 C.F.R. § 1614.605(b);
- Documented threats and unjustified AWOL charges submitted despite approved FMLA or pending leave (see Exhibit F and August 5, 2021 email chain, ROI Vol. 2, pp. 245–248);
- Interference with protected activity and retaliation by union leadership following my involvement in protected grievance work and RA support as Chief Steward (see Exhibit G).

This affidavit is based on personal knowledge, documentation submitted to the Agency, and records contained in the ROI Volumes 1 & 2. All citations have been cross-referenced to support the timeline, demonstrate managerial misconduct, and prove continuing harm.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of June, 2025.

Gena M. Fernandes
179 Allyn Street, Apt. 402
Hartford, CT 06103
gmf1016@yahoo.com | Gena.M.Fernandes@irs.gov

## Complaint – IRS-22-0757

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GENA M. FERNANDES, Plaintiff,

v.

SCOTT BESSENT, Secretary of the U.S. Department of the Treasury,
in his official capacity, Defendant.

Civil Action No.: [To Be Assigned]

COMPLAINT

I, Gena M. Fernandes, bring this complaint under Title VII, the Rehabilitation Act, and the Family and Medical Leave Act (FMLA), along with applicable state and federal civil rights statutes.

EEOC Case IRS-22-0757 documents multiple failures by management to comply with their legal obligations. The facts include:
- Refusal to allow medical leave extensions even with physician statements on file;
- Failure to process or escalate FOH accommodation findings;
- Repeated interference with protected activity and delay in system access;
- Misrepresentation of medical records and denial of legal filing access under EO 13164 and EEOC MD-110;
- Retaliatory leave and AWOL charges, despite protected status.

This complaint is based on documented evidence in the ROI and Exhibits A–O and demonstrates the continuation of harm initiated under earlier complaints.

Requested Relief:
- Compensatory damages, reinstatement of benefits, and leave corrections;
- Equitable relief to prevent further retaliation;
- Recovery of pro se attorney's fees and filing costs.

Executed: June 17, 2025

Gena M. Fernandes

179 Allyn Street, Apt. 402
Hartford, CT 06103
gmf1016@yahoo.com | Gena.M.Fernandes@irs.gov

## Affidavit of Facts — IRS-23-0524

I, Gena M. Fernandes, submit this affidavit in support of my complaint in IRS-23-0524, stemming from unresolved issues in EEOC Case No. 410-2024-00140X. This case includes repeated, ongoing harm caused by retaliatory conduct, procedural violations, and a systemic failure to act on evidence and medical documentation.

Key facts include:
- On or around August 15, 2024, EEOC AJ Nicole Diaz issued a procedural order in response to my request for a stay and outlined obligations for the agency to respond regarding accommodations;
- Despite this, the agency failed to issue a Final Agency Decision within the required timeframe under 29 C.F.R. § 1614.407;
- Repeated barriers to IRS system access and denial of EEOC official time occurred between June and November 2024, while I was undergoing chemotherapy and radiation (Exhibits C, I, and N);
- I was threatened with AWOL and subjected to intimidation by managers including Tiffany Hailes during a protected period of medical hardship (Exhibits F and O);
- The union failed to intervene or assist during this period despite knowledge of retaliation and my status as a union steward (Exhibit G);
- All documents, medical correspondence, and performance actions were reviewed and submitted but not addressed properly under EEOC MD-110.

I affirm the above facts are true to the best of my knowledge and are supported by attached exhibits and ROI Volumes.

Executed on June 17, 2025.

Gena M. Fernandes
179 Allyn Street, Apt. 402
Hartford, CT 06103
gmf1016@yahoo.com | Gena.M.Fernandes@irs.gov

## Master Case Print Log – EEOC Cases (Fernandes)

Prepared by: Gena M. Fernandes

Date: June 17, 2025

Location: U.S. District Court – District of Connecticut

Purpose: Print confirmation and filing log for all formal and pending EEOC complaints.

### EEOC Complaint List (Active and Pending)

1. 1. IRS-21-0447-F / EEOC No. [TBD]
2. 2. IRS-22-0772-F / EEOC No. 460-2023-00135X
3. 3. IRS-22-0365
4. 4. IRS-22-0757
5. 5. IRS-23-0524 / EEOC No. 410-2024-00140X (AJ Diaz)
6. 6. IRS-23-0981
7. 7. IRS-24-0179
8. 8. IRS-24-0831
9. 9. IRS-25-0034
10. 10. IRS-25-0161
11. 11. IRS-25-Pending (Informal Stage)

### Print Confirmation – Filing Set for Each Case Includes:

- ☑ Complaint (Formatted and Final)
- ☑ Affidavit of Facts (Cited and Signed)
- ☑ Exhibit Index A–O
- ☑ Motion for Attorney's Fees
- ☑ Motion to Seal (if applicable)
- ☑ JS-44 Civil Cover Sheet
- ☑ AO 440 Summons
- ☑ Filing ReadMe Summary
- ☑ Final ZIP folder / USB set (where applicable)

Signature: _____ (Gena M. Fernandes)

Date Printed: June 17, 2025

## Complaint – IRS-23-0524

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GENA M. FERNANDES, Plaintiff,

v.

SCOTT BESSENT, Secretary of the U.S. Department of the Treasury,
in his official capacity, Defendant.

Civil Action No.: [To Be Assigned]

COMPLAINT

I, Gena M. Fernandes, bring this complaint under Title VII of the Civil Rights Act, the
Rehabilitation Act, the Family and Medical Leave Act (FMLA), and all other applicable
federal and state statutes.

This complaint arises from EEOC Case No. IRS-23-0524, which has remained unresolved
due to the agency's failure to issue a timely Final Agency Decision (FAD) under 29 C.F.R. §
1614.407.

Key facts include:
- Denial of protected leave and hardship accommodations while undergoing cancer
treatment;
- Interference with protected EEOC activity, including denial of official time and IRS system
access;
- Retaliatory and discriminatory performance actions filed while I was a Chief Union
Steward;
- Verbal threats and intimidating conduct from IRS management and union officials;
- Continuing harm and unresolved retaliation, including unjust AWOL charges and
misclassification.

I request the following relief:
- Declaratory and injunctive relief;
- Back pay, leave restoration, and personnel record correction;
- Compensatory damages under 42 U.S.C. § 1981a(b)(3);
- Attorney's fees (pro se rate) and costs.

Executed: June 17, 2025

Gena M. Fernandes
179 Allyn Street, Apt. 402
Hartford, CT 06103
gmf1016@yahoo.com | Gena.M.Fernandes@irs.gov

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GENA M. FERNANDES, Plaintiff,

v.

SCOTT BESSENT, Secretary of the U.S. Department of the Treasury,

in his official capacity, Defendant.

Civil Action No.: [To Be Assigned]

AFFIDAVIT OF FACTS

I, GENA M. FERNANDES, declare under penalty of perjury under the laws of the

United States that the following is true and correct to the best of my knowledge,

information, and belief. This Affidavit is submitted in support of my Complaint and to

demonstrate the pattern of discrimination, retaliation, procedural obstruction, and harm I

endured while employed at the Internal Revenue Service.

1. In or around 2017, I began experiencing significant medical issues related to asthma

and orthopedic injuries, which I documented with my agency. I submitted OWCP Form

CA-7s as required.

2. In October 2017, I mailed CA-7 forms related to OWCP Claim #062398146 by USPS

Express Overnight and retained proof of delivery. [See Exhibit L; ROI Vol. 2, p. 275]

3. In 2019, I began receiving inconsistent responses from management regarding

processing of my forms and coordination of reasonable accommodations.

4. On or around 2021, I was involuntarily reassigned under Manager Yolanda Lias

without consultation, triggering adverse working conditions and restricted access to

resources.

5. Mike Green, the Union Chief Steward at the time, filed a grievance on my behalf

regarding a disputed performance appraisal, which was later escalated to arbitration.

6. In June 2021, I requested a Skype mid-year review due to asthma, but my request was

denied. [See ROI Vol. 2, p. 144]

7. In August 2021, Manager Yolanda Lias refused to scan my OWCP forms despite my

documented health status. [See ROI Vol. 2, pp. 275–280; Exhibit N]

8. I submitted multiple hardship and reasonable accommodation requests citing medical and mental health needs, which were delayed or ignored. [See Exhibit I; ROI Vol. 2]

9. In 2022, I was issued AWOL charges despite being on FMLA-approved leave and having medical documentation on file. [See Exhibit F]

10. My documented mental health impacts—including stress-induced psychiatric treatment and medication—were the direct result of agency obstruction. [See Sept. 14, 2022 email; Exhibit N]

11. On June 25, 2024, I was diagnosed with cancer. Despite providing documentation, I was denied proper telework and access needed to meet legal deadlines.

12. TIGTA complaints were submitted regarding managerial failure

13. In January 2023, I experienced retaliation from union leadership, including a steward barricading me at my desk and yelling, following the union's mishandling of my performance grievance. [See ROI Vol. 2; Exhibit G]

14. Despite cancer-related surgeries, chemotherapy, and psychiatric impacts, I continued to be denied hardship telework support and secure access to meet EEOC deadlines. [See Exhibits I, N]

15. On June 2, 2025, I was denied physical access to the IRS building and equipment necessary to print and file urgent court documents, despite prior approval requests. [See June 2, 2025 emails; Exhibit O]

16. Management repeatedly failed to process or correct my FMLA and OWCP leave records, harming my attendance and leave balance. [See Exhibit F; ROI Vol. 2, p. 275]

17. I submitted multiple legal fee request letters outlining time spent preparing filings while on medical leave without access to official systems. [See Exhibit K; see also IRS-21-0447 Court Docket]

18. The IRS failed to issue a Final Agency Decision (FAD) in EEOC Case No. 410-2024-00140X, violating procedural due process and delaying my federal claims. [See Jan. 23, 2025 email to IRS Counsel; Exhibit K]

19. Throughout 2024 and 2025, I was prescribed psychiatric medication due to stress and

retaliation. These records are included in sealed exhibits. [See Exhibit N – to be filed

under seal]

20. I respectfully request that the Court apply the continuing violation doctrine to

evaluate the pattern of obstruction, harassment, and procedural harm that extended across

multiple protected activities and cases.

/s/ Gena M. Fernandes

Gena M. Fernandes

Dated: June 16, 2025

## Complaint -- IRS-22-0772-F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GENA M. FERNANDES, Plaintiff,

v.

SCOTT BESSENT, Secretary of the U.S. Department of the Treasury,
in his official capacity, Defendant.

Civil Action No.: [To Be Assigned]

COMPLAINT

I, Gena M. Fernandes, bring this action pursuant to Title VII, the Rehabilitation Act, the
Family and Medical Leave Act (29 U.S.C. § 2601 et seq.), and all applicable state and federal
laws. This case arises from continued discrimination, retaliation, interference with
protected activity, and denial of reasonable accommodation in violation of EEOC MD-110
and IRS policies.

This complaint is filed following the EEOC's failure to act upon EEOC Case No. 460-2023-
00135X (IRS-22-0772-F) within the time required by 29 C.F.R. § 1614.407. The underlying
Report of Investigation (ROI Vols. 1–3), Exhibits A–O, and multiple procedural violations
demonstrate an ongoing pattern of misconduct.

Relief Requested:
- Full restoration of leave and accommodation history
- Compensatory damages under 42 U.S.C. § 1981a(b)(3)
- Legal fees and expenses incurred
- Equitable relief and other just remedies as appropriate

All facts supporting this Complaint are detailed in my Affidavit of Facts and supported by
ROI citations and exhibits.

Executed on June 17, 2025.

Gena M. Fernandes
179 Allyn Street, Apt. 402

Hartford, CT 06103
gmf1016@yahoo.com | Gena.M.Fernandes@irs.gov

**Exhibit Index – IRS-22-0772-F**

- Exhibit A – ROI Volumes 1–3
- Exhibit B – Administrative Case File (OFO, FAD Delay)
- Exhibit C – Medical Documentation & FOH Evaluations
- Exhibit D – EEOC Secure Transmission Emails (07/25/2022)
- Exhibit E – OPM 71 and Leave Audit Forms
- Exhibit F – AWOL Charges & Attendance Records
- Exhibit G – Union Misconduct & Steward Retaliation
- Exhibit H – TIGTA Complaint Records
- Exhibit I – Hardship RA Telework Requests
- Exhibit J – Contradictory Form 13661 (Asthma History)
- Exhibit K – Delayed FAD Email to IRS Counsel (01/23/2025)
- Exhibit L – OWCP Delivery Confirmation (2017)
- Exhibit M – FEMA Project Denial (2021)
- Exhibit N – OWCP Delay Impact & Emotional Distress
- Exhibit O – Retaliation Emails from 2025 (Tiffany Hailes, etc.)

## Filing ReadMe Summary – IRS-22-0772-F

This document set includes the complete legal filing for EEOC Case IRS-22-0772-F (EEOC No. 460-2023-00135X) for submission to the U.S. District Court for the District of Connecticut.

Included:
- Complaint and Affidavit of Facts
- Exhibits A–O
- Motions for Fees and to Seal
- Civil Cover Sheet (JS-44)
- Summons (AO 440)
- Filing Checklist & Label Templates

All filings are dated June 17, 2025 and were created under documented access barriers and medical hardship. This case demonstrates systemic retaliation and failure to accommodate. Public redactions have been made to comply with privacy requirements.

Submitted by:
Gena M. Fernandes
Hartford, CT

## JS-44 Civil Cover Sheet – IRS-22-0772-F

U.S. DISTRICT COURT – DISTRICT OF CONNECTICUT

Plaintiff: Gena M. Fernandes
Defendant: Scott Bessent, Secretary of the U.S. Department of the Treasury (official capacity)

Basis of Jurisdiction: U.S. Government Defendant
Nature of Suit: 445 – Civil Rights: Americans with Disabilities – Employment

Origin: Original Proceeding
Requested in Complaint: Yes – Jury Demand
Related Case(s): EEOC No. 460-2023-00135X

Date: June 17, 2025
Signature: Gena M. Fernandes