**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GENA M. FERNANDES,<br>Plaintiff, | : | No. 3:25-cv-979 (VAB) |
| v. | : | |
| SCOTT BESSENT, SECRETARY,<br>UNITED STATES DEPARTMENT<br>OF TREASURY<br>Defendant. | : | June 5, 2026 |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, please enter my appearance as counsel for Defendant Scott Bessent, in the above-referenced case.

Dated at New Haven, Connecticut on the 5th day of June, 2026.

Respectfully Submitted,

DAVID X. SULLIVAN
United States Attorney

*/s/ Zachary Denver*
Zachary Denver (phv209430)
Assistant United States Attorney
157 Church St., 25th Fl.
New Haven, CT 06510
Tel: (203) 821-3793
Fax: (203) 773-5392
zachary.denver@usdoj.gov

**CERTIFICATION**

I certify that on this date a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this filing was also emailed to *pro se* Plaintiff at gmf1016@yahoo.com and gena.m.fernandes@irs.gov.

*/s/ Zachary Denver*
Zachary Denver (phv209430)
Assistant United States Attorney